Official Form 417A (12/15)

# United States Bankruptcy Court
## MIDDLE DISTRICT OF PENNSYLVANIA

In re **Jesus Jose Palmeroni**,

Debtor

Address: **3308 Route 940 Suite 104 Mount Pocono, PA 18344**

Case No. **5:16-bk-03073**

Chapter **13**

Last four digits of Social Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): **xxx-xx-8061**

Employer's Tax Identification No(s). (if any):

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Jesus Jose Palmeroni**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal: N.V.E. should not be allowed to file an adversary proceeding beyond the deadline to file.

For appeals in an adversary proceeding.
- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☑ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Granting motion to amend objection to chapter 13 plan and allow late filing of adversary proceeding.**
2. State the date on which the judgment, order, or decree was entered: **July 24, 2017**

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Jesus Jose Palmeroni**   Attorney: **Robert A. Vort
   2 University Plaza, Hackensack, NJ 07601
   201-342-9501**

Official Form 417A (12/15)

Randall W. Turano
802 Monroe Street, Stroudsburg, PA 18360
570-424-9808

2.  Party:  **N.V.E., INC.**    Attorney:  James William Boyan, III
21 Main Street, Suite 200, Hackensack, NJ 07601
201-488-8200

Aiden P. O'Connor
21 Main Street, Suite 200, Hackensack, NJ 07601
201-488-8200

Samuel J. Samaro
21 Main Street, Suite 200, Hackensack, NJ 07601
201-488-8200

Megan Gorman Cohen
21 Main Street, Suite 200, Hackensack, NJ 07601
201-488-8200

Peter George Erdely
1500 Market Street, 12th Floor, East Tower
Phildelphia, PA 19102
215-665-5650

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Randall W. Turano   Date: August 7, 2017
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
802 Monroe Street, Stroudsburg, PA 18360
570-424-9808

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.