

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
MAX ROSENN UNITED STATES COURTHOUSE
197 SOUTH MAIN STREET
WILKES-BARRE, PA 18701

CHAMBERS OF
A. RICHARD CAPUTO
JUDGE

TEL. (570) 831-2556
FAX (570) 829-3948

August 10, 2017

TO: COUNSEL OF RECORD

RE: PALMERONI v. NVE, INC.
CIVIL ACTION NO. 3:CV-17-1397

Dear Counsel:

    This case has been assigned to me. Your attention is directed to Rules 8001, et seq. of the Federal Rules of Bankruptcy Procedure, as you are expected to comply with Rules 8001, et seq. during the course of this appeal, otherwise the appeal will be dismissed.

    You are also notified not to enter into agreements for extensions of time without seeking Court approval. Such agreements, unless approved, are not permitted by the Rules of Civil Procedure and cannot be honored.

    Any inquiries you have concerning this case should be directed to my Courtroom Deputy, Dawn Wychock, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania, 18701, phone number (570) 831-2556, email: Dawn_Wychock@pamd.uscourts.gov.

Sincerely,

/s/ *A. Richard Caputo*

A. Richard Caputo
United States District Judge

ARC:dmw