# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESUS JOSE PALMERONI,<br><br> Appellant,<br><br>  v.<br><br>N.V.E., INC.,<br><br> Appellee. | NO. 3:17-CV-01397<br><br>Bankruptcy No. 5-16-bk-03073<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 23rd day of February, 2018, **IT IS HEREBY ORDERED** that:

(1) Jesus Jose Palmeroni's's Motion for Leave to Appeal (Doc. 1), as converted from his Notice of Appeal, is **DENIED**.

(2) The Clerk of Court is directed to mark the case as **CLOSED**.


             /s/ A. Richard Caputo
             A. Richard Caputo
             United States District Judge